# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 25-5217                                    September Term, 2024

1:25-cv-00766-JEB

**Filed On:** June 10, 2025

J.G.G., et al.,

      Appellees

      v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

      Appellants


      **BEFORE:**    Katsas, Rao, and Walker, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for a stay pending appeal and an administrative stay, it is

**ORDERED** that those portions of the district court's order entered on June 4, 2025, granting in part appellees' motion for a preliminary injunction, granting in part their motion for class certification, and ordering appellants to file a notice by June 11, 2025, be administratively stayed pending further order of the court. The purpose of this administrative stay is to give the court sufficient opportunity to consider the emergency motion for a stay pending appeal and should not be construed in any way as a ruling on the merits of that motion. See D.C. Circuit Handbook of Practice and Internal Procedures 33 (2024). It is

**FURTHER ORDERED** that appellees file a response to the emergency motion by 5:00 p.m. on Monday, June 16, 2025. Any reply is due by 5:00 p.m. on Wednesday, June 18, 2025.

### Per Curiam


                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

          BY:    /s/
                    Lynda M. Flippin
                    Deputy Clerk